# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANGELA MARTIN MORERE

VERSUS

ADAM GODFRED MORERE

NO.    2024 CW 0693

**AUGUST 1, 2024**

---

In Re:    Angela Martin Morere, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2024-14097.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.** The trial court signed a Louisiana Uniform Abuse Prevention Order on July 26, 2024. A hearing on both requests for relief is set for August 8, 2024.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT